1012

[No. 45596-0-II.   Division Two.   September 22, 2015.]

DENNIS SEVERSON ET AL., *Respondents*, v. BRAD A. CLINEFELTER
ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 11-2-00206-2, Stephen Gillard, J. Pro Tem., entered October 25, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee and Sutton, JJ.

[No. 45612-5-II.   Division Two.   September 22, 2015.]

*In the Matter of the Marriage of* JODI HESLIP, *Respondent*, and FREDERICK J. HESLIP, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 07-3-00344-9, Dennis P. Maher, J. Pro Tem., entered October 14, 2013. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Maxa and Lee, JJ.

[No. 45953-1-II.   Division Two.   September 22, 2015.]

SANDRA CABAGE, *Appellant*, v. NORTHWEST TRUSTEE SERVICES, INC., ET AL., *Respondents*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated December 1, 2015. Substitute opinion filed. See 191 Wn. App. 1030.